1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MARK SMITH, an individual, and TAMMY SMITH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NERIUM INTERNATIONAL, LLC, a limited liability company, JO PRODUCTS, LLC, a limited liability company, JEFF OLSON, an individual, DEBORAH K. HEISZ an individual, BO SHORT, an individual, and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 8:18-cv-01088-JVS-PLAx<br><br>*Assigned to the Hon. James V. Selna*<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Removed: June 19, 2018<br>Trial Date: Not set |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED: November 21, 2018

*Paul L. Abrams*
_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE